[No. 33139-3-III. Division Three. July 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS RAY MCBRIDE, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 13-1-00244-7, David Frazier, J., entered February 6, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 33193-8-III. Division Three. July 12, 2016.]

JAMES DONALD CUDMORE, *Respondent*, v. JOHN C. BOLLIGER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-2-01697-1, Cameron Mitchell, J., entered February 20, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.

[No. 33201-2-III. Division Three. July 12, 2016.]

SHERRIE LENNOX, *as Personal Representative, Appellant*, v. LOURDES HEALTH NETWORK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-2-00139-5, Robert G. Swisher, J., entered March 13, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.